AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JAMES DOUGLAS LOLLIS, JR

)
) Case: 1:21-mj-00587
) Assigned To : Harvey, G. Michael
) Assign. Date : 9/3/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JAMES DOUGLAS LOLLIS, JR,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/03/2021

Digitally signed by G. Michael Harvey
Date: 2021.09.03 12:42:47 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/03/2021, and the person was arrested on *(date)* 9/08/2021
at *(city and state)* 113 West Celestial Dr. Greer, SC

Date: 9/8/2021

*Arresting officer's signature*

TFO John Kuppinger
*Printed name and title*